■ SANFORD FREEMAN, Appellant, v DAN HANDLER, Respondent.—Order unanimously affirmed, with costs, and motion denied. (Appeal from

order of Steuben Supreme Court—partnership.) Present—Cardamone, J. P., Hancock, Jr., Doerr, Witmer and Moule, JJ.